UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE MAURICIO QUIJADA-LEYVA (1),

    Defendant.

CASE NO. 13CR1002-L

JUDGMENT OF DISMISSAL



FILED 2013 JUL -9 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DS DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

XX the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment/Information:

    8:1326 - Attempted reentry of removed alien

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 8, 2013

M. James Lorenz
U.S. District Judge